UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:20-CR-13 (VARLAN/GUYTON) |
| PATRICK WILLIAMS, | ) ) | |
| Defendant. | ) | |

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant appeared in custody before the undersigned on January 6, 2021 for an initial appearance on petition for warrant for offender under supervision. Prior to the hearing, counsel for the defendant advised this Court that the defendant agreed to detention and understood he would be detained pending a revocation hearing. The defendant executed a waiver of detention hearing and waiver of preliminary hearing and submitted the appropriate waivers to the Court.

Accordingly, **IT IS ORDERED:**

1. Defendant shall be detained pending his/her revocation hearing or resolution by agreed order.

2. Defendant shall be held by the United States Marshal pending his/her revocation hearing. Defendant shall be produced at such time and place for his/her hearing to determine if his supervised release should be revoked.

**IT IS SO ORDERED.**

s/H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE