UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-13 |
| | ) | (VARLAN/GUYTON) |
| PATRICK WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant appeared in custody before the undersigned on December 1, 2021 for an initial appearance on a petition for warrant for offender under supervision. United States Attorney William Roach, Jr. was present on behalf of the government, and Federal Defender Benjamin Sharp was present on behalf of the defendant. Counsel for the defendant advised this Court that the defendant acknowledged the allegations in the petition for warrant for offender under supervision, and that he would remain in custody pending the revocation hearing in this matter.

Accordingly, **IT IS ORDERED:**

1.     Defendant shall be detained pending his/her revocation hearing or resolution by agreed order.

2.     Defendant shall be held by the United States Marshal pending his/her revocation hearing. Defendant shall be produced at such time and place for his/her hearing to determine if his supervised release should be revoked.

**IT IS SO ORDERED.**


s/H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE