Prob 19
EDTN78 (6/2000)

*SEALED*

# United States District Court
## for the
### EASTERN DISTRICT OF TENNESSEE



RECEIVED BY: HW
DATE: 11/16/2021  TIME: 430
U.S. MARSHAL E/TN
KNOXVILLE, TN

U.S.A. vs. Patrick Williams        Docket No. 3:20-CR-00013-001

TO: [1]Any United States Marshal or any other authorized officer.



**FILED**

DEC -8 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
| **Patrick Williams** | Male | White | 37 | 26890-076 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 5101 Asheville Highway<br>Apartment 7<br>Knoxville, Tennessee 37920<br>(Homeless) |

| SENTENCE IMPOSED BY (NAME OF COURT) |||
|---|---|---|
| United States District Court<br>Eastern District of Tennessee at Knoxville |||
| CLERK<br>LeAnna R. Wilson | (BY) DEPUTY CLERK | DATE<br>November 16, 2021 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>11/16/21 | DATE EXECUTED<br>12/01/21 ||
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME<br>S. Sanchez 4764 | (BY) | DATE<br>12/01/21 ||

FID: 9543813
USMS: 26890-076

2214-1116-0515-D

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."