IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:20-CR-013-001 |
| | ) |
| | ) Judge Varlan |
| PATRICK WILLIAMS | ) |

### AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Patrick Williams, and the defendant admits that he has violated his supervised release as specified in the petition. An agreement has been reached between the parties, recommending that Mr. Williams's supervised release should be revoked and that he should receive a sentence of fourteen (14) months with no supervised release to follow.

Mr. Williams agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is IV. The advisory guideline range is 6-12 months for "Grade C" violations which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to a term of imprisonment of fourteen (14) months to be followed by no supervised release. It is further recommended that the defendant be placed in the Bureau of Prisons Residential Drug Abuse Program and designated to a facility that provides the program.

**ENTER:**

_____
Honorable Thomas A. Varlan
United States District Judge

APPROVED FOR ENTRY:

_William Roach/by BGS_
William Roach
Assistant U.S. Attorney

_Benjamin D. Sharp_
Benjamin G. Sharp
Attorney for Defendant

_Patrick Williams_
Patrick Williams
Defendant

_Tiffany Collins/by BGS_
Tiffany Collins
U.S. Probation Officer

2